**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PACIFIC SENTRY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 25-1091-RGA |
| v. | ) |
| | ) |
| MEDTRONIC, INC. and MOZARC | ) |
| MEDICAL HOLDINGS LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME TO RESPOND**
**TO THE COMPLAINT IN LIGHT OF ONGOING SETTLEMENT DISCUSSIONS**

WHEREAS the present deadline for Defendants to respond to the complaint, by motion or pleading, is June 2, 2026; and

WHEREAS, parties are continuing to exchange information and discuss a potential settlement following mediation with Hon. Kent Jordan (ret.) on March 11, 2026, and the parties desire to preserve Court and party resources:

THE PARTIES STIPULATE and jointly request that the time for Defendants to respond to the complaint, by motion or pleading, be extended to July 17, 2026.

BAKER & HOSTETLER LLP

By: */s/ Jeffrey J. Lyons*
    Jeffrey J. Lyons (#6437)
    1201 North Market Street
    Wilmington, DE 19801
    Tel:  (302) 407-4222
    jjlyons@bakerlaw.com

*Attorneys for Plaintiff Pacific Sentry LLC*

Dated: May 27, 2026
12945311 / 18109.00009

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    P. Andrew Smith (#7117)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    asmith@potteranderson.com

*Attorneys for Defendants Medtronic, Inc.*
*and Mozarc Medical Holdings LLC*

IT IS SO ORDERED this _____ of _____, 2026.


_____
JUDGE RICHARD G. ANDREWS

2