**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PACIFIC SENTRY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC. AND MOZARC MEDICAL HOLDINGS LLC,<br><br>Defendants. | C.A. No. 1:25-cv-1091-RGA |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that the appearance of Jeffrey J. Lyons for Plaintiff Pacific Sentry ("Plaintiff") is hereby withdrawn. Plaintiff will continue to be represented by Jeremy D. Anderson of Baker & Hostetler LLP.

Dated: July 10, 2026

BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeremy D. Anderson (#4515)
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801-1147
(302) 407-4224
jdanderson@bakerlaw.com

*Attorneys for Plaintiff Pacific Sentry LLC*