**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PACIFIC SENTRY LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC. and MOZARC MEDICAL HOLDINGS LLC,<br><br>Defendants. | ) | C.A. No. 25-1091-RGA |

**STIPULATION TO EXTEND TIME TO RESPOND**
**TO THE COMPLAINT IN LIGHT OF ONGOING SETTLEMENT DISCUSSIONS**

WHEREAS the present deadline for Defendants to respond to the complaint, by motion or pleading, is October 16, 2026; and

WHEREAS, parties are continuing to exchange detailed information and discuss a potential settlement following mediation with Hon. Kent Jordan (ret.) on March 11, 2026, and the parties desire to preserve Court and party resources:

THE PARTIES STIPULATE and jointly request that the time for Defendants to respond to the complaint, by motion or pleading, be extended by 90 days to January 14, 2027.

BAKER & HOSTETLER LLP

By: */s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
1201 North Market Street
Wilmington, DE 19801
Tel: (302) 407-4222
jdanderson@bakerlaw.com

*Attorneys for Plaintiff Pacific Sentry LLC*

Dated: October 8, 2026
13182572 / 18109.00009

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
P. Andrew Smith (#7117)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
asmith@potteranderson.com

*Attorneys for Defendants Medtronic, Inc. and Mozarc Medical Holdings LLC*

SO ORDERED this 9th day of October, 2026

/s/ Richard G. Andrews
Senior United States District Judge